86

| U.S. Department of Justice | Criminal Docket |
|---|---|

Washington, D.C.
11/19/2019/am

M-19-2795-M

_McALLEN_ Division   CR. No. **M-19-2432**

**INDICTMENT**   Filed: December 4, 2019   Judge: **MICAELA ALVAREZ**

County: Hidalgo

Lions #: **2019R30878**   Attorneys:

UNITED STATES OF AMERICA   RYAN K. PATRICK, UNITED STATES ATTORNEY

v.   STEVEN BELT, ASST. U.S. ATTORNEY

DENIA MARICELA CARDENAS-PINEDA   Cts. 1&2   Miguel A. Nogueras, FPD, (956) 630-2995
_Custody: 11/13/2019_

Charge(s):

Ct. 1:   Transporting illegal aliens within the United States
Title 8, United States Code, Sections, 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii)

Ct. 2:   Making false, fictitious, or fraudulent statements or representations.
Title 18, United States Code, Section 1001(a)(2)

Total Counts
**(2)**

Penalty:   Cts. 1 - 2:   Imprisonment for not more than 5 years and/or a fine of $250,000 and not more than a 3 yr. SRT (as to each count)

Agency:   Homeland Security Investigations – Jesse Lara - HG180R19HG0001

Proceedings

Date