**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 7:19–cr–02432 |
| Denia Maricela Cardenas–Pineda | § | |

**DISCOVERY ORDER**

Discovery obligations of the United States are set forth in *Brady v. Maryland*, 83 S. Ct. 1194 (1963), *United States v. Giglio*, 92 S. Ct. 763 (1972), 18 U.S.C. § 3500, Federal Rule of Evidence 404(b)(2), and Federal Rules of Criminal Procedure 12(b)(4), 12.1(b), 16, and 26.2. Compliance by the United States is ordered without the necessity of the defendants having to file written motions with the Court.

No motion for discovery shall be filed unless the United States has denied discovery and the motion shall specifically set forth the requested discovery and must include a certification that the request was made and the Government refused to disclose the requested discovery. Requests to the United States for discovery shall not be filed with the Court.

IT IS ORDERED.

DONE on December 11, 2019, at McAllen, Texas.

_____
Micaela Alvarez
United States District Judge